# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes

**Before the Honorable William P. Johnson**

**Case No.:** CR 16-2376 WJ            **Date:** July 15, 2016

**Parties:** USA v. Tom Begaye Jr.

**Courtroom Clerk:** R. Garcia            **Court Reporter:** M. Loughran

**Interpreter:** N/A

**Type of Proceeding:** Status/Scheduling Conference

**Place of Court:** Albuquerque

**Total time in Court:** 2 minutes

**Evidentiary Hearing:** No

**Attorneys Present for Plaintiff(s):**
Niki Tapia-Brito and David Adams

**Attorneys Present for Defendant(s):**
James C Loonam

**Proceedings:**

9:03    Court in session; counsel enter appearances; Defendant present.

The Court takes up scheduling in this matter and inquires if counsel would like to discuss that now or confer and come up with some proposed case management deadlines and a trial date for the Court.

Mr. Loonam suggests counsel confer and come up with a scheduling order.

Ms. Brito concurs.

The Court will allow 60 days for counsel to confer and submit a scheduling order; if nothing is heard by the Court within that time, the Court will set a status conference.

9:05    Court in recess.