# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 16-2376 WJ | USA vs.: | Begaye, Jr. |
| Date: | October 20, 2017 | Name of Deft: | Tom Begaye, Jr. |

Before the Honorable: William P. Johnson

| | | | |
|---|---|---|---|
| Time In/Out: | 1:37pm – 2:10PM | Total Time in Court (for JS10): | 23 minutes |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran |
| AUSA: | Nicki Tapia-Brito and Jennifer Rozzoni | Defendant's Counsel: | James Loonam and Devon Fooks |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A |
| Probation Officer: | Loyola Garcia | Interpreter Sworn? | Yes / No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | | Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Cts. 1-6 | |
| If Plea Agreement: | **X** Accepted | | Not Accepted | No Plea Agreement | Comments: Rule 11(c)(1)(C) | |
| Date of Plea/Verdict: | 8/1/2017 | PSR: | **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings | |
| Evidentiary Hrg: | **X** Not Needed | | Needed | Exceptions to PSR: | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | Life as to Cts. 1-6; said terms will run concurrently; Cts. 1-5 require a mandatory sentence of Life |
|---|---|---|
| Supervised Release: | Not eligible | Probation: |

| | | | |
|---|---|---|---|
| REC | 500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for ___ months ___ days |
| Comply with ICE laws and regulation | Community service for ___ months ___ days |
| Participate in/successfully complete subst abuse program/testing | Reside halfway house ___ months ___ days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-defendant(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |
| Refrain from use and possession of synthetic cannabinoids, etc. | No loitering within 100 feet of school yards |
| No possession of a firearm, ammunition, destructive device or any other dangerous weapon | Participate in an educational or vocational program approved by the Probation Officer |

OTHER:

| | | | |
|---|---|---|---|
| Fine: $ | 0.00 | Restitution: $ | Mandatory; however, no claim for restitution has been made therefore none will be ordered at this time; the Court will keep the record open for the appropriate period of time. |
| SPA: $ | 600.00 | Payment Schedule: | **X** Due Immediately / Waived |
| OTHER: | The deft is subject to the provisions of the Justice for Victims of Trafficking Act of 2015, which requires the Court to assess an amount of $5,000 on any non-indigent person or entity convicted of an offense under 18 U.S.C. Chapters 77, 109A, 110, 117; or Section 274 of the Immigration and Nationality Act (8 U.S.C. 1324). The Court finds the deft is indigent and will not be required to pay the $5,000 assessment. | | |
| | Advised of Right to Appeal | **X** Waived Appeal Rights per Plea Agreement | |

| X | Held in Custody | | Voluntary Surrender |
|---|---|---|---|
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | Mr. Loonam advises he has reviewed the PSR w/his client; there are no objections or corrections.<br>Ms. Brito addresses the Court; recounts events of that day; requests a term of life w/out parole; advises the Court that the mother, Pamela Foster, and the father, Gary Mike, wish to address the Court.<br>Pamela Foster addresses the Court<br>Gary Mike addresses the Court.<br>The Court addresses the family.<br>Mr. Loonam notes his client does not wish to address the Court; addresses the Court on behalf of his client; requests that the Court accept the plea agreement and impose a term of life in prison. | | |