UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff-Respondent,

v.                                                     No.  CV 19-587 WJ/GJF
                                                                   CR 16-2376 WJ

TOM BEGAYE,

   Defendant-Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on Magistrate Judge Gregory Fouratt's Proposed Findings and Recommended Disposition ("PFRD"), filed July 6, 2020. [Civ. Doc. 13; Crim. Doc. 71]. The parties were notified that objections were due within fourteen days of service of the PFRD and that, if no objections were filed, no appellate review would be allowed. To this date, well more than fourteen days have elapsed and no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an ORDER of the Court;

2) the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is **DENIED**;

3) CV 19-587 WJ/GJF is **DISMISSED WITH PREJUDICE**; and

4) pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability be **DENIED**.

**SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE